78080-7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-22983-CIV-OTAZO-REYES

NESTOR OCTAVIO DIAZ COYA and all other
similarly situated under 29 U.S.C. 216(b),

 Plaintiff,

vs.

NSG HOSPITALITY GROUP, INC., CARLOS
RIVERA,

 Defendants.
_____/

**DEFENDANTS' STATEMENT OF MATERIAL FACTS
IN SUPPORT OF DEFENDANTS' MOTION
<u>FOR PARTIAL SUMMARY JUDGMENT</u>**

COMES NOW Defendants, NSG Hospitality Group, Inc. ("NSG Hospitality") and Carlos Rivera ("Rivera") (collectively, the "Defendants"), and hereby files this Statement of Material Facts in Support of Defendants' Motion for Partial Summary Judgment pursuant to Federal Rule of Civil Procedure 56 and Southern District of Florida Local Rule 56.1, and hereby states the following:

1. NSG Hospitality is a company subcontracted by National Service Group & Associates, Inc. ("NSG & Associates") to provide cleaning services at various hotels, including the St. Regis Hotel and Four Seasons Hotel in Miami Beach, Florida. (*See* Aff. Rivera ¶ 3).

2. NSG Hospitality is owned in its entirety by Rivera and his wife, Vickey Rivera. (*See id.* ¶ 2).

3. NSG Hospitality does not now, nor has it ever, owned any subsidiaries. (*See id.*).

CASE NO. 14-22983-CIV-OTAZO-REYES

4. NSG & Associates has no ownership interest in NSG Hospitality, nor does NSG Hospitality have any ownership interest in NSG & Associates. (*See id.* ¶ 3).

5. Plaintiff, Nestor Octavio Diaz Coya ("Plaintiff") began working at NSG Hospitality in September 2012. (*Id.* ¶ 4; *see also* Composite Ex. A, Aff. Rivera (indicating the first pay check from NSG Hospitality to "Nestor Diaz" is dated September 14, 2012)).

6. Originally, Plaintiff performed his duties for NSG Hospitality at the St. Regis Hotel. (*See* Aff. Rivera ¶ 4).

7. In February of 2013, Plaintiff was transferred to the Four Seasons Hotel, where he performed similar duties as an employee of NSG Hospitality. (*See id.* ¶¶ 5–6).

8. Sometime in September 2013, Plaintiff stopped reporting for work, resulting in his removal from NSG Hospitality's payroll. (*See id.* ¶ 6; *see also* Composite Ex. A, Aff. Rivera (indicating the last pay check from NSG Hospitality to "Nestor Diaz" is dated October 2, 2013)).

9. Shortly thereafter, in November of 2013, Plaintiff began working for National Maid Service Group, Co. ("National Maid") at the Canyon Ranch Hotel. (*See* Aff. Daniel Benitez ¶ 8; *see also* Composite Ex. A, Aff. Daniel Benitez).

10. National Maid is another company subcontracted by NSG & Associates to provide services related to the hospitality industry at various hotels, including the Canyon Ranch Hotel, The Mondraan Hotel, The Shore Club, and The W in Miami Beach, Florida. (*See id.* ¶ 2).

CASE NO. 14-22983-CIV-OTAZO-REYES

11. National Maid is a corporation owned in its entirety by Daniel Benitez and his wife, Astrid Lopez. (*See id.*).

12. NSG Hospitality does not have any ownership interest in National Maid, nor does National Maid have any ownership interest in NSG Hospitality. (*See id.* ¶ 6).

13. On July 23, 2014, Plaintiff's employment at National Maid was terminated after he "didn't show up for more than 3 days" to his job at Canyon Ranch. (Termination Form, Composite Ex. A, Aff. Daniel Benitez).

14. Rivera had no involvement in Plaintiff's separation from National Maid. (*See* Aff. Daniel Benitez ¶ 11; *see also* Aff. Rivera ¶¶ 13–14).

15. In fact, Rivera was not even aware of Plaintiff's whereabouts after Plaintiff abruptly stopped showing up for work in September 2013 until the initiation of this litigation in August 2014. (*See* Aff. Rivera ¶ 7).

16. The individuals referenced by Plaintiff in his First Amended Complaint . . . ("Amended Complaint") [ECF No. 3], Sylvia Sedziezw, Vanessa Rodriguez, and Omar Valdez, were all National Maid employees or personnel, and at no time were any of them employees of NSG Hospitality and/or Rivera. (*See* Aff. Daniel Benitez ¶ 9; Aff. Rivera ¶¶ 11–12).

Dated: February 9, 2015

CASE NO. 14-22983-CIV-OTAZO-REYES

Respectfully submitted,

 _/s/ Jason A. Glusman_____
Jason A. Glusman, Esquire (419400)
JGlusman@wickersmith.com
Carlos A. Garcia, Esquire (99768)
Cgarcia1@wickersmith.com
WICKER SMITH O'HARA McCOY & FORD, P.A.
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
P.O. Box 14460
Ft. Lauderdale, FL 33302
Telephone:    (954) 847-4800
Facsimile:    (954) 760-9353
Attorneys for Carlos Rivera & NSG Hospitality Group, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 9, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 _/s/ Jason A. Glusman_____
Jason A. Glusman, Esquire

CASE NO. 14-22983-CIV-OTAZO-REYES

## SERVICE LIST

Julia M. Garrett, Esq.
J.H. Zidell, P.A.
City National Bank Building, Suite 605
300 Seventy First Street
Miami Beach, Florida 33141
Telephone: (305) 865-6766
Facsimile: (305) 865-7167
zabogado@aol.com,
steven.frase.esq@gmail.com