UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:14-22983-CIV-OTAZO-REYES

<u>CONSENT CASE</u>

NESTOR OCTAVIO DIAZ COYA,
and all others similarly situated
under 29 U.S.C. § 216(b),

    Plaintiff,

v.

NSG HOSPITALITY GROUP, INC,
and CARLOS RIVERA,

    Defendants.
_____/

### SCHEDULING ORDER AND ORDER ON MOTIONS

THIS CAUSE came before the Court upon Plaintiff Nestor Octavio Diaz Coya's ("Plaintiff"), and NSG Hospitality Group, Inc. and Carlos Rivera's ("Defendants") (collectively, the "Parties") Joint Motion to Modify Scheduling Order [D.E. 45]; Defendants' Motion to Compel Responses to First Request to Produce (hereafter, "Motion to Compel") [D.E. 35]; and Plaintiff's Motion for Enlargement of Time to Respond to Defendants' Motion for Partial Summary Judgment (hereafter, "Motion for Enlargement of Time") [D.E. 48]. The undersigned held a hearing on these matters on February 24, 2015. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

1. The Motion to Compel [D.E. 35] is GRANTED. Plaintiff shall serve his responses to Defendants' First Request to Produce within **20 days** of this Order.

2. The Motion for Enlargement of Time [D.E. 48] is GRANTED. Plaintiff shall respond to Defendants' Motion for Partial Summary Judgment by **April 27, 2015**.

3. The Joint Motion to Modify Scheduling Order [D.E. 45] is GRANTED. The following pretrial schedule shall govern this case:

   | | |
   |---|---|
   | 3/06/2015 | Cut-off date for adding parties or amending pleadings; Deadline for filing conditional class certification motion. |
   | 4/21/2015 | All discovery must be completed. |
   | 5/15/2015 | All motions including summary judgment motions, motions related to summary judgment motions, and *Daubert* motions must be filed. |
   | 5/19/2015 | All remaining motions in limine directed to trial evidence must be filed. |
   | 5/26/2015 | Joint Pretrial Stipulation, Jury Instructions or Proposed Findings of Fact and Conclusions of Law must be filed. |

4. A Pretrial Conference is hereby SET for **Thursday, July 16, 2015, at 2:00 P.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.**

5. Trial is specially set to commence on **July 27, 2015, at 9:00 A.M. before the Honorable Alicia M. Otazo-Reyes at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.**

6. If the case is settled, counsel are directed to inform the Court promptly at (305) 523-5740 and to submit an appropriate Order for Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1). Such Order must be filed within ten (10) days of notification of settlement to the Court.

DONE AND ORDERED in Chambers at Miami, Florida on this 24th day of February, 2015.

                                                ALICIA M. OTAZO-REYES
                                                UNITED STATES MAGISTRATE JUDGE

cc:      Counsel of Record