UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:14-22983-CIV-OTAZO-REYES

**CONSENT CASE**

NESTOR OCTAVIO DIAZ COYA,
and all others similarly situated
under 29 U.S.C. § 216(b),

    Plaintiff,

v.

NSG HOSPITALITY GROUP, INC,
and CARLOS RIVERA,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court upon Plaintiff Nestor Octavio Diaz Coya's ("Plaintiff") Motion for Leave to Amend Complaint and Add Parties (hereafter, "Motion to Amend") [D.E. 54]. The undersigned held a hearing on this matter on April 13, 2015. For the reasons stated at the hearing, it is

ORDERED AND ADJUDGED that the Motion to Amend [D.E. 54] is DENIED without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida on this 13th day of April, 2015.

                                                                    ALICIA M. OTAZO-REYES
                                                                    UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record