UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-22983-CV-OTAZO-REYES

**[CONSENT CASE]**

| | |
|---|---|
| NESTOR OCTAVIO DIAZ COYA, | ) |
| *and all others similarly situated under* | ) |
| *29 U.S.C. § 216(b),* | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| NSG HOSPITALITY GROUP, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACTS

**COMES NOW** Plaintiff, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 56 and Southern District Local Rule 56.1, and hereby files Plaintiffs' Response to Defendants' statement of undisputed material facts and in support thereof states as follows:

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Denied. Plaintiff began working for Defendants the first time in or around 2009, and for purposes of this claim, began working for Defendants at the St. Regis Hotel in or around February 2011. (Coya Aff. ¶¶ 3, 4).

6. Admitted in part. Plaintiff began working for Defendants at the St. Regis Hotel during the relevant time period for his cause of action. (Coya Aff. ¶ 4).

7.  Denied. Plaintiff was fired from NSG at the St. Regis Hotel in December 2011 by Gustavo Villalobos, and who was a manager for NSG at the St. Regis Hotel, and was immediately re-hired just a few hours later by Daniel Benitez to work at the Four Seasons Hotel. (Coya Aff. ¶ 5).

8.  Denied. In November 2013, Plaintiff walked out from work after getting into an argument with Adrian Dupon, another one of his managers at NSG, who was Plaintiff's manager also at the St. Regis Hotel. (Coya Aff. ¶ 8).

9.  Denied in part. Plaintiff was re-hired and continued his work at NSG in November 2013, and National Maid Service Group, Inc. is the alter-ego of NSG, and/or National Maid Service Group, Inc. and NSG were the joint employers of Plaintiff when he worked at the Canyon Ranch hotel. (Coya Aff. ¶ 9).

10. Admitted in part. (Coya Aff. ¶ 9).

11. Admit.

12. Admit.

13. Denied. Plaintiff was unlawfully terminated after he was on authorized medical leave from NSG at Canyon Ranch. Plaintiff's medical leave was authorized by Omar Valdez, Plaintiff's supervisor at Canyon Ranch hotel. (Coya Aff. ¶ 12). In fact, Omar Valdez was aware of Plaintiff's surgery to repair a hernia on June 18, 2014, and told Plaintiff on or about June 18, 2014 to contact Omar Valdez so he could go back to work after he had recuperated. (Coya Aff. ¶¶ 11, 12 ). Plaintiff was not informed of his termination by NSG and/or National Maid Service Group, Inc. until on or about August 20, 2014, when he had a phone conversation with Omar Valdez. (Coya Aff. ¶ 15). In that phone conversation, Omar Valdez told Plaintiff that he was aware of the lawsuit Plaintiff filed

against the Defendants just days earlier, on August 14, 2014, and that he was fired because of that lawsuit. (Coya Aff. ¶ 15).

14. Denied. It was impossible for National Maid Services Group, Inc. to be aware of Plaintiff's pending lawsuit against Defendants' before he was terminated by Defendants and/or National maid Services Group, Inc. without an exchange of information. (*See* Coya Aff. ¶ 15).

15. Denied. Plaintiff has no method of proving or disproving Rivera's state of mind.

16. Denied. Plaintiff observed Sylvia Sedziezw at the St. Regis and Canyon Ranch hotels working for Defendants, Plaintiff observed Vanessa Rodriguez as a supervisor for a portion of the time Plaintiff worked for Defendants at the St. Regis and as Plaintiff's supervisor at Canyon Ranch. (Coya Aff. ¶ 15).

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Julia M. Garrett
Julia M. Garrett, Esq.
Florida Bar Number: 0105151

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on

April 27, 2015, on all counsel or parties of record on the Service List below.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Julia M. Garrett
Julia M. Garrett, Esq.
Florida Bar Number: 0105151

## <u>SERVICE LIST</u>

Jason A. Glusman
Wicker Smith O'Hara McCoy & Ford
515 E Las Olas Boulevard
Suite 1400 Suntrust Bank
Fort Lauderdale, FL 33301
954-847-4800
Fax: 760-9353
Email: jglusman@wickersmith.com
*Attorney for Defendants*