UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:14-22983-CIV-OTAZO-REYES

CONSENT CASE

NESTOR OCTAVIO DIAZ COYA,
and all others similarly situated
under 29 U.S.C. § 216(b),

    Plaintiff,

v.

NSG HOSPITALITY GROUP, INC,
and CARLOS RIVERA,

    Defendants.
_____/

ORDER

THIS CAUSE came before the Court upon Defendants NSG Hospitality Group, Inc., and Carlos Rivera's ("Defendants") Motion for Partial Summary Judgment [D.E. 40]. The undersigned held a hearing on this matter on May 18, 2015. As discussed at the hearing, disputed issues of material fact preclude the issuance of judgment as a matter of law in favor of Defendants. Therefore, it is

ORDERED AND ADJUDGED that the Motion for Partial Summary Judgment is DENIED. It is further

ORDERED AND ADJUDGED as follows:

➢     Plaintiff Nestor Octavio Diaz Coya ("Plaintiff") is granted leave to file an amended complaint by **May 22, 2015**.

➢     The discovery deadline is extended to **August 14, 2015**.

2

➢ The trial set to commence July 27, 2015 is hereby RESET to the specially set date of **Monday, November 16, 2015 at 9:00 A.M. before the Honorable Alicia M. Otazo-Reyes at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.** One week has been reserved for trial.

DONE AND ORDERED in Chambers at Miami, Florida on this __18th__ day of May, 2015.

*Alicia Otazo-Reyes*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record