# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

NESTOR OCTAVIO DIAZ COYA *and all* )
*others similarly situated under 29 U.S.C. §* )
*216(b)*, )
)
        Plaintiff, )
)
    vs. )
)
NSG HOSPITALITY GROUP, INC., )
CARLOS RIVERA, )
NATIONAL MAID SERVICE GROUP, )
CORP., DANIEL BENITEZ, )
)
        Defendants. )
_____ )

14-cv-22983

## SUMMONS IN A CIVIL ACTION

To:
NATIONAL MAID SERVICE GROUP, CORP.
Registered Agent: Daniel Benitez
9800 W Bay Harbor Dr #309
Bay Harbor Island, FL 33154

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   May 20, 2015

s/ *Yvette Y. Alexander*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

*14—22983*

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* *National Auto Service Grp. Crp*
was received by me on *(date)* *6/24/15* .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or   *n/a*

☑ I served the summons on *(name of individual)* *Emin Igac (wife Ref)* , who is
designated by law to accept service of process on behalf of *(name of organization)* *National Auto*
*Service Grp . Crp* on *(date)* *6/5/15* ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____20.00_____ for travel and $ _____20.00_____ for services, for a total of $ _____40.00_____ .

I declare under penalty of perjury that this information is true.

Date: *6/17/15*

_____
Server's signature

Perry Parang
_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

NESTOR OCTAVIO DIAZ COYA *and all*
*others similarly situated under 29 U.S.C. §*
*216(b)*,

        Plaintiff,

     vs.

NSG HOSPITALITY GROUP, INC.,
CARLOS RIVERA,
NATIONAL MAID SERVICE GROUP,
CORP., DANIEL BENITEZ,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

14-cv-22983

## SUMMONS IN A CIVIL ACTION

To:
DANIEL BENITEZ
9800 W Bay Harbor Dr #309
Bay Harbor Island, FL 33154

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: __May 20, 2015__

Steven M. Larimore
Clerk of Court

s/ Yvette Y. Alexander
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

*M— 22583*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Daniel Benitez_

was received by me on *(date)* _1/26/16_.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* _Alison Lelan_

_(wife)_ , a person of suitable age and discretion who resides there,

on *(date)* _6/1/16_ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _20.00_ for travel and $ _20.00_ for services, for a total of $ _40.00_ .

I declare under penalty of perjury that this information is true.

Date: _6/1/16_

_____
*Server's signature*

Perry Parang
_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: